FRANCES KREBS, Plaintiff, *v.* JOHN O. KREBS, Defendant. CHARLES E. HART, Appellant.

Submitted October 11, 1948; decided October 14, 1948.

*Theodore A. Viehe* for motion.
*Leroy Stein* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.

In the Matter of ALBERT L. DONNELLON et al., Appellants, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents. THOMAS J. CURRAN et al., Interveners, Respondents.

Argued October 14, 1948; decided October 18, 1948.

*Jerome Vale* and *A. L. Sainer* for appellants.

*Louis J. Lefkowitz* and *Paxton Blair* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.

In the Matter of the Application of FRANCES S. CONNOLLY et al., Appellant, against MURRAY W. STAND, as City Clerk of the City of New York et al., Respondents. SAUL MILLS et al., Interveners, Appellants; ROBERT W. DOWLING, Intervener, Respondent.

Argued October 14, 1948; decided October 18, 1948.

